# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 16, 2011

Lyle W. Cayce
Clerk

No. 10-51020
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSEPH WILLIAM MATTESON,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:10-CR-93-1

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Joseph William Matteson presents arguments that are foreclosed by *United States v. Whaley*, 577 F.3d 254, 261-62 & n.6 (5th Cir. 2009), which held that proof of knowledge of the registration requirements of the Sex Offender Registration and Notification Act is not required for a conviction under 18 U.S.C. § 2250(a). *See also United States v. Heth*, 596 F.3d 255, 258-60 & n.3 (5th Cir. 2010). The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-51020

of time to file a brief is DENIED as unnecessary, and the judgment of the district court is AFFIRMED.